UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

DAVID A. COMBE                                    CIVIL ACTION

versus                                            NO. 06-8909

LIFE INSURANCE COMPANY                            SECTION: E/3
OF NORTH AMERICA, d/b/a/
CIGNA GROUP INSURANCE

### J U D G M E N T

Considering the pleadings, record, evidence, memoranda and arguments of counsel, and the Court's <u>RULING ON MOTIONS FOR SUMMARY JUDGMENT</u> entered into the record on this date GRANTING plaintiffs' motion for summary judgment and DENYING defendant's motion for summary judgment;

**IT IS ORDERED, ADJUDGED AND DECREED THAT JUDGMENT BE AND IS HEREBY ENTERED** in favor of the plaintiff DAVID A. COMBE, and against defendant LIFE INSURANCE COMPANY OF NORTH AMERICA, d/b/a/ CIGNA GROUP INSURANCE, as follows:

(1) Payment of monthly benefits in the amount of $6,389.21 per month from January 1, 2006 through September 30, 2010;

(2) Payment of contributions on Combe's behalf to the Tulane University Pension Plan in the amount of $766.71 per month during the same period, plus legal interest from the date each installment became due until paid; and

(3)   Reasonable attorney's fees, the amount to be determined at a later date, and costs incurred pursuing this litigation.

New Orleans, Louisiana, June 21st 2007.

_____
**MARCEL LIVAUDAIS, JR.**
Senior United States District Judge