### UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

DAVID A. COMBE                                          CIVIL ACTION

versus                                                 NO.  06-8909

LIFE INSURANCE COMPANY                                  SECTION: E/3
OF NORTH AMERICA, d/b/a/
CIGNA GROUP INSURANCE

### AMENDED JUDGMENT

Considering the pleadings, record, evidence, memoranda and arguments of counsel, and the Court's RULING ON MOTIONS FOR SUMMARY JUDGMENT signed on June 21, 2007, (r.d. #19) GRANTING plaintiffs' motion for summary judgment and DENYING defendant's motion for summary judgment; and the Court's RULING ON MOTION signed on August 31, 2007, (r.d. #34) DENYING defendant's motion for a new trial, and GRANTING defendant's motion to alter or amend judgment;

**IT IS ORDERED, ADJUDGED AND DECREED THAT JUDGMENT BE AND IS HEREBY ENTERED** in favor of the plaintiff DAVID A. COMBE, and against defendant LIFE INSURANCE COMPANY OF NORTH AMERICA, d/b/a/ CIGNA GROUP INSURANCE, as follows:

(1) Payment of monthly benefits in the amount of $6,389.21 per month from January 1, 2006 through the date of judgment, August 31, 2007, a total of $127,784.20, and further payments for as long as he qualifies as totally disabled under the Plan;

(2)   Payment of contributions on Combe's behalf to the Tulane
      University Pension Plan in the amount of $766.71 per month
      during the same period, a total of $15,334.20, and further
      payments for as long as he qualifies as totally disabled
      under the Plan;

(3)   Payment of legal interest from the date each of the two
      installments became due until paid; and

(4)   Reasonable attorney's fees, the amount to be determined at a
      later date, and costs incurred pursuing this litigation.


New Orleans, Louisiana, August 31, 2007.


                      **MARCEL LIVAUDAIS, JR.**
               Senior United States District Judge

-2-