

CV 06-8909-E

No. 07-30664

Plaintiff - Appellee

v.

LIFE INSURANCE COMPANY OF NORTH AMERICA doing business as, CIGNA Group Insurance

Defendant - Appellant

ENTRY OF DISMISSAL

Pursuant to appellant's motion this appeal is dismissed this 21st day of September, 2007, see FED. R. APP. P. 42(b).

CHARLES R. FULBRUGE III
Clerk of the United States Court
of Appeals for the Fifth Circuit

By: _____
Nancy Dolly, Deputy Clerk

ENTERED AT THE DIRECTION OF THE COURT

DIS-4

___ Fee _____
___ Process _____
_X_ Dktd _____
___ CtRmDep _____
___ Doc. No. _____

A true copy
Attest
Clerk, U.S. Court of Appeals, Fifth Circuit
By _____
New Orleans, Louisiana    SEP 21 2007

UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

DAVID A. COMBE

VERSUS

LIFE INSURANCE COMPANY OF NORTH AMERICA

---

NO. 07-30664

---

APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA,
CIVIL ACTION NO. 06-8909

**MOTION TO DISMISS APPEAL**

MILLING BENSON WOODWARD L.L.P.

Normand F. Pizza (#8692)
909 Poydras Street - Suite 2300
New Orleans, Louisiana 70112-1010
Telephone: (504) 569-7000
Telecopier: (504) 569-7001

Attorney for Life Insurance Company of
North America

1

UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

DAVID A. COMBE

VERSUS

LIFE INSURANCE COMPANY OF NORTH AMERICA

NO. 07-30664

APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA,
CIVIL ACTION NO. 06-8909

### MOTION TO DISMISS APPEAL

Defendant-Appellant, Life Insurance Company of North America ("LINA") respectfully moves to dismiss its pending appeal in the above captioned matter upon the grounds that LINA's Rule 59(e) motion filed in the United States Eastern District Court has been decided, and the issues to be raised on appeal have been addressed. Undersigned counsel has notified opposing counsel of its intent to dismiss this matter, and opposing counsel has offered no objection. Therefore, there is no need for this Court to keep

2

this matter open, and this appeal shall be dismissed, with prejudice, each party to bear its own costs.

MILLING BENSON WOODWARD L.L.P.

_____
Normand F. Pizza (#8692)
909 Poydras Street - Suite 2300
New Orleans, Louisiana 70112-1010
Telephone: (504) 569-7000
Telecopier: (504) 569-7001

Attorney for Life Insurance Company of North America

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above pleading has been served upon all counsel of record by placing same in the United States mail, postage prepaid and properly addressed, this ___ day of September, 2007.

_____

Word365191

3

# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

**CHARLES R. FULBRUGE III**
**CLERK**

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

September 21, 2007

Ms Loretta Whyte, Clerk
Eastern District of Louisiana, New Orleans
United States District Court
Room C-151
500 Poydras Street
New Orleans, LA 70130

      No. 07-30664 Combe v. Life Ins Co N Amer
      USDC No. 2:06-CV-8909

Enclosed is a certified copy of the judgment issued as the mandate.

      Sincerely,

      CHARLES R. FULBRUGE III, Clerk

By: _____
      Nancy Dolly, Deputy Clerk
      504-310-7683

cc: w/encl:
    Mr Normand Francis Pizza
    Mr William Christopher Beary
    Ms Marie Healey
    Mr Daniel Alan Smith

MDT-1