UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

DAVID A. COMBE                                                    CIVIL ACTION

versus                                                            NO. 06-8909

LIFE INSURANCE COMPANY                                            SECTION: E/3
OF NORTH AMERICA, d/b/a/
CIGNA GROUP INSURANCE

### SUPPLEMENTAL JUDGMENT

Considering the Court's **ORDER AND REASONS** signed on this day, and this Court's **AMENDED JUDGMENT** signed on August 31, 2007, at r.d. # 35, awarding reasonable attorney's fees, the amount to be determined at a later date, and costs incurred pursuing this litigation;

**IT IS ORDERED, ADJUDGED AND DECREED THAT SUPPLEMENTAL JUDGMENT BE AND IS HEREBY ENTERED** in favor of the plaintiff DAVID A. COMBE awarding attorneys' fees and costs as follows:

```
Fees:           $71,595.00
Costs:              850.31
Total:          $72,445.31
```

New Orleans, Louisiana, February 27, 2008.

_____
**MARCEL LIVAUDAIS, JR.**
Senior United States District Judge